# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS AUGUSTYN,<br><br>  Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | CASE NO. 07 CV 0943 JM (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE AS TO ALL PARTIES AND ALL CLAIMS** |

Pursuant to the parties' joint motion and for good cause shown, the court hereby GRANTS dismissal of the entire action, with prejudice as to all parties and all claims that have not previously been dismissed with prejudice, including, but not limited to, damages, attorneys' fees, and costs.

**IT IS SO ORDERED.**

DATED: October 31, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties